UNITED STATES DISTRICT

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 OCT 20  PM 4:34
JEFFREY P. COLWELL
CLERK
BY___DEP CLK

FOR THE DISTRICT OF COLORADO:

PLAINTIFF: ROSE ADANMA IDURU

VERSUS

DEFENDANTS: FIRST BANK OF COLORADO, ET. AL;

LIST OF DEFENDANTS:

COLBY SHEPARD OF FIRST BANK; FIRST
BANK OF COLORADO; FIRST BANK OF COLO-
RADO CORPORATE OFFICE; LAND TITLE
COMPANY; LAND TITLE COMPANY, U.S.A;
KAISER PERMANENTE COLORADO; KAISER FAMILY
FOUNDATION-COLORADO DIVISION; KAISER
PERMANENTE NORTHWEST REGION;
KAISER PERMANENTE GEORGIA; TSPMG-
THE SOUTHEAST PERMANENTE MEDICAL
GROUP; KAISER FAMILY FOUNDATION
GEORGIA REGION; KAISER PERMANENTE
MARYLAND; KAISER FAMILY FOUNDATION
MARYLAND DIVISION; KAISER PERMA-
KAISER FAMILY FOUNDATION HAWAII; KAISER HAWAII;

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

LIST OF DEFENDANTS CONTINUED:

NENTE VIRGINIA; KAISER FAMILY

FOUNDATION-VIRGINIA DIVISION;

KAISER PERMANENTE CAPITOL HILL-

WASHINGTON, DC; KAISER FAMILY

FOUNDATION-DISTRICT OF COLUMBIA

WASHINGTON, DC; KAISER FAMILY

FOUNDATION, MID-ATLANTIC REGION;

KAISER PERMANENTE SOUTHERN CALIFORNIA;

KAISER FAMILY FOUNDATION SOUTHERN CALIFONIA;

KAISER PERMANENTE NORTHERN CALIFORNIA;

KAISER FAMILY FOUNDATION NORTHERN CALIFORNIA;

MR HENRY J. KAISER OF KFF; MR KIM

KAISER OF KFF; KAISER FAMILY OF

RICHMOND CALIFORNIA; MR KERRY KOANEN

OF KPGA; KAISER PERMANENTE, U.S.A. INC;

DR ROBERT "ROB" SCHREINER OF KPGA;

DATE: 10 20 2020;

UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 OCT 20  PM 4: 35

CLERK

FOR THE DISTRICT OF COLORADO:

DEFENDANTS — NAMES AND ADDRESSES:

(A) COLBY SHEPARD — BANKING OFFICER;

FIRST BANK — CHERRY CREEK LOCATION;

FIRS BANK — PARKER COLORADO LOCATION;

FIRST BANK — CORPORATE HEADQUATER;

2740 SOUTH COLORADO BOULEVARD,

DENVER, COLORADO 80222:

AND

10403 WEST COLFAX AVENUE,

LAKEWOOD, COLORADO

(B) LAND TITLE COMPANY COLORADO;

LAND TITLE COMPANY, U.S.A. INC.,

CORPORATE HEADQUATER COLORADO;

3300 SOUTH PARKER ROAD, #105,

AURORA, COLORADO 80014:

AND

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DEFENDANTS-NAMES AND ADDRESSES CONT:

3033 E. FIRST AVENUE, #600

DENVER, COLORADO 80206:

(C) KAISER PERMANENTE COLORADO;

KAISER PERMANENTE NORTHWEST REGION;

KAISER FAMILY FOUNDATION HAWAII;

KAISER FAMILY FOUNDATION, U.S.A. INK.;

KAISER PERMANENTE GEORGIA;

TSPMG - THE SOUTHEAST PERMANENTE

MEDICAL GROUP;

KAISER FAMILY FOUNDATION GEORGIA;

KAISER FAMILY FOUNDATION MARYLAND;

KAISER PERMANENTE HAWAII;

KAISER PERMANENTE MARYLAND;

KAISER FAMILY FOUNDATION COLORADO;

KAISER PERMANENTE VIRGINIA;

KAISER FAMILY FOUNDATION VIRGINIA;

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

DEFENDANTS-NAME AND ADDRESSES CONT:

KAISER PERMANENTE CAPITOL HILL,

   WASHINGTON, D C;

KAISER FAMILY FOUNDATION CAPITOL

   HILL-WASHINGTON, D C;

KAISER FAMILY FOUNDATION, MID-

   ATLANTIC REGION;

KAISER PERMANENTE SOUTHERN

   CALIFORNIA;

KAISER FAMILY FOUNDATION, SOUTHERN

   CALIFORNIA;

KAISER PERMANENTE NORTHERN

   CALIFORNIA;

KAISER FAMILY FOUNDATION NORTHERN

   CALIFORNIA;

MR. HENRY J. KAISER OF KAISER

   FAMILY FOUNDATION;

MR. KIM KAISER OF KAISER FAMILY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

DEFENDANTS - NAMES AND ADDRESSES CONT:

FOUNDATION;

KAISER FAMILY - RICHMOND CALIFORNIA;

MR KERRY KOANEN OF KPGA;

KAISER PERMANENTE U.S.A. INC.;

DR ROBERT "ROB" SCHREINER OF KPGA;

3495 PIEDMONT ROAD,

BUILDING 9,

ATLANTA, GEORGIA 30305.

AND

700 2ND AVENUE NE,

WASHINGTON, DC 20002:

SUBMITTED BY:

NAME: ROSE ADANMA DURU,

SIGNATURE: Rose Duru

PHONE: N/A;        EMAIL: N/A

DATE: OCTOBER 20, 2020:

IV

UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

FOR THE DISTRICT OF COLORADO:

2020 OCT 20 PM 4: 35
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

LIST OF DEFENDANTS:

① COLBY SHEPARD - RANKING OFFICER;

② FIRST BANK - CHERRY CREEK LOCATION;

③ FIRST BANK - PARKER COLORADO

LOCATION;

④ FIRST BANK - COLORADO CORPORATE

HEADQUATER;

COMPLAINT / CLAIM:

① FRAUD; CONSPIRACY TO COMMIT

FRAUD; CRIMINAL CONSPIRACY;

② MORTGAGE FRAUD; CONSPIRACY TO

COMMIT MORTGAGE FRAUD;

③ GRAND THEFT; GRAND LARCENY;

④ ACCOMPLICE TO ATTEMPTED MURDER;

⑤ ACCESSORY TO ATTEMPTED MURDER;

⑥ ACCOMPLICE AND ACCESSORY TO HUMAN

TRAFFICKING, AND CONTINUED FORCED

HOMELESSNESS - " HATE CRIME".

A:

2 of 4

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO:

COMPLAINT / CLAIM CONT:

⑦ RECKLESS ENDANGERMENT;

⑧ DEPRAVE INDIFFERENCE;

⑨ FALSE CLAIM / SLANDER / ASSAULT — (NO RECORD OF PLAINTIFF's MONTHLY MORTGAGE PAYMENTS — 2002 TO 2004) THEFT BY FALSE PRETENCES;

* "REPRESENTATION BY DECEPTION" — ETC

⑩ ABUSE OF POWER WITH MALICE;

⑪ BANKING, AND BANKING FRAUD;

⑫ ENTERPRISE CORRUPTION;

⑬ BREACH OF INTEGRITY / DUTY;

⑭ VIOLATION OF THE FEDERAL STATUTE "TRUTH IN LENDING"

⑮ WIRE FRAUD; CONSPIRACY TO COMMIT WIRE FRAUD;

⑯ GREED; RICO;

11

A.

3 of H

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO.

COMPLAINT CLAIM:

PURCHASE PRICE FOR THE PLAINTIFF'S

HOUSE IN PARKER COLORADO - 9776

STONEMILL LANE, PARKER COLORADO

80134, WAS $285,000. CONVENTIONAL

LOAN WITH 20% DOWN PAYMENT TO

FIRST BANK CHERRY CREEK -

2740 SOUTH COLORADO BOULEVARD,

DENVER, COLORADO 80222.

THE ABOVE NAMED PROPERTY WAS

SOLD IN 2004, FOR $310,000.

REAL ESTATE AGENT WAS MARY

EVANS OF METRO BROKER.

THE TITLE COMPANY FOR BOTH

THE PURCHASE, AND THE SELLING

OF THE ABOVE NAMED PROPERTY

WAS LAND TITLE OF COLORADO -

SOUTH PARKER ROAD LOCATION - AURORA

11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COMPLAINT | CLAIM CONT:

COLORADO.

THIS PLAINTIFF'S HOME IN PARKER
WAS BUILT BY RYLAND HOMES—
BRAND NEW IN 2002.

DEMAND | RELIEF:

PLAINTIFF RESPECTFULLY ASKS THE
COURT TO AWARD THE PLAINTIFF
$72.4 MILLION AGAINST EACH NAMED
DEFENDANT— FOR COLLUSION WITH
KAISER FAMILY FOUNDATION COLO-
RADO; AND KAISER PERMANENTE
COLORADO; FOR AIDING | ENABLING
KAISER PERMANENTE IN TERRORISTIC
ACTS; FOR "HATE CRIME STATUTE;
EXTREME EMOTIONAL TRAUMA; RESTITUTION
AND COMPENSATORY DAMAGES!!!

IV

**COLBY SHEPARD**
**Banking Officer**
Cherry Creek

**FIRSTBANK**
2740 South Colorado Boulevard
Denver, Colorado 80222
T 303 336 2141  F 303 336 2155
colby.shepard@efirstbank.com
NMLS ID#: 1768998



1 of 1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO:

# EXHIBIT A

THIS IS THE DOCUMENT GIVEN
TO THE PLAINTIFF BY THE BANKING
OFFICER — COLBY SHEPARD, UPON
PLAINTIFF'S REQUEST OF THE HISTORY
OF MONTHLY MORTGAGE PAYMENTS
FROM THE PURCHASE OF THE SAID
HOME IN 2002 TO THE SALE OF
THE SAID HOME IN 2004.

MR COLBY SHEPARD — THIS IS PURE EVIL !!!

I



## Property Profile Report

Report Date: 8/4/2020

## 9776 STONEBRIAR LN PARKER, CO 80134-3563

### Ownership Information

**Owner Name:**

JOSHUA JOSEPHSON

MARY GRAZIANO

**Mailing Address:**

9776 STONEBRIAR LN PARKER, CO 80134-3563

### Property Description

| | | | |
|---|---|---|---|
| **County:** | Douglas | | |
| **Parcel Num:** | 2233-08-4-18-C72 | **Census:** | 0140.02 |
| **Schedule Num:** | R0432102 | **Owner Occ.:** | Yes |
| **Property ID:** | R0432102 | **Tax Area:** | 0991 |
| **Subdivision:** | STONEGATE FILING 14B | | |

**Legal Description:**

LOT 32 STONEGATE FILING 14B TOTAL ACREAGE 0.149 AM/L

**Formal Legal Description:**

Lot 32, Stonegate Filing 14B, County of Douglas, State of Colorado.

### Property Characteristics

| | | | |
|---|---|---|---|
| **Property Type:** | SINGLE FAMILY | **Bsmt Sq. Ft:** | 1,240 |
| **House Style:** | 2-STORY | **Fin. Bsmt SF:** | |
| **Year Built:** | 2002 | **Bsmt Type:** | UNFINISHED BASEMENT |
| **Square Feet:** | 2,526 | **Lot Size:** | 6,490 |
| **Bedrooms:** | 3 | **Fireplaces:** | 1 |
| **Bathrooms:** | 3.00 | **Heat:** | CENTRAL |
| **Garage Type:** | GARAGE | **Cooling:** | Central |
| **Car Spaces:** | 2.00 | **Roof Cover:** | COMPOSITION SHINGLE |
| **Exterior:** | FRAME | | |

### Assessment Information

| | | | | | |
|---|---|---|---|---|---|
| **Land Value:** | $ 7,680 | **Land Mkt. Value:** | $ 107,412 | **Assess Year:** | 2020 |
| **Imp. Value:** | $ 26,350 | **Imp. Mkt. Value:** | $ 368,533 | **Tax Year:** | 2019 |
| **Assessed Value:** | $ 34,030 | **Assessed Mkt. Value:** | $ 473,945 | **Taxes:** | $ 4,561.66 |

EXHIBIT A

**VC Value:**   $ 533,800                    **Value Type:**   AVM Value

The AVM estimate provided is of high confidence, providing a strong estimate of the property's current value.

| Valuation | Amount | Details | FSD Value |
|---|---|---|---|
| ☐ Recent Sale | N/A | Recent Sale Not Available | |
| ☑ AVM Value | $ 533,800 | **AVM Confidence:** | **FSD:** 5 |
| ☐ Not Available | | | |
| Trended Assessed Value | $ 532,500 | | |
| Assessed Value | $ 475,945 | | |

**AVM Note(s)**

**Suitability:** This property is considered **SUITABLE** for AVM modeling. Examples of those factors considered for suitability are listed below:

- The conforming nature of the subject property relative to neighborhood norms
- The depth and breadth of the public record characteristic data on the subject and neighborhood properties
- The listing and sales history of the subject property and surrounding properties

**Predictability:** This property's AVM is a **GOOD** predictor of value as the **FSD** of 5 is within the range of 5-10.

## Previous Sale Information

**Sale Amount:**   $ 415,000                    **Sale Date:**   1/29/2016
**Document Date:** 2/1/2016                    **Document Num:** 2016005925

## Transaction History

| Sale Date | Sale Amount | Document Date | Document Type | Reception Num | Book/Page |
|---|---|---|---|---|---|
| 1/29/2016 | $ 415,000 | 2/1/2016 | Wd | 2016005925 | / |
| 8/29/2013 | $ 365,000 | 8/30/2013 | Wd | 2013072765 | / |
| 1/25/2007 | $ 0 | 3/6/2007 | It | 2007019420 | / |
| 4/28/2006 | $ 323,000 | 5/11/2006 | Wd | 2006039896 | / |
| 3/30/2004 | $ 310,000 | 5/24/2004 | Wd | 2004052862 | / |

Property Details for 2020 -

# DOUGLAS COUNTY
ASSESSOR'S OFFICE

Search 🔍   Print 🖨   Actions & Links   ASSESSOR HOME

Account #: R0432102   Parcel #: 2283-084-18-079   9776 STONEBRIAR LN PARKER



Explore this Neighborhood ↗


**Account Summary**
Account Type: Residential
Location Description: LOT 32
STONEGATE FILING 14B TOTAL
ACREAGE 0.149 ...


**Valuation Info**
*Current value in process*
2020 Actual Value: $475,945
2020 Assessed Value: $34,030

2020 Tax Rate: 13.4048%
2020 Est. Taxes: $4,562

**Sales History**
Last Sale 01/29/2016 for $415,000
Grantor: JOSEPH A ARIAIL III & ANITA JO ARIAIL
Grantee: JOSHUA JOSEPHSON & MARY GRAZIANO


**Building Details**
Built in 2002 - 2 Story
2,526 above ground sqft - 1,240 Basement sqft


**Land Details**
Land: 0.149 Acres - Residential

🏛 **Tax Authorities**
15 Tax Authorities - Total Mills: 134.048

📄 **Documents**
Notice of Determination, Notice of Valuation and other documents related to this property.

⊞ Expand All  ⊟ Collapse All

⊞ Account Summary

⊞ Valuation Info

Property Details

Sales History for 2020 ▾

Search 🔍   Print 🖨   Actions & Links ☰

Account #: R0432102   Parcel #: 2233-084-18-079   9776 STONEBRIAR LN PARKER



View Neighborhood Sales ⧉   Recorded Document Search ⧉

| Reception No. | Sale Date | Sale Price | Deed Type |
|---|---|---|---|
| ⊞ 2016005925 | 01/29/2016 | $415,000 | Warranty Deed Joint |
| ⊞ 2013072765 | 08/29/2013 | $365,000 | Warranty Deed Joint |
| ⊞ 2007019420 | 01/25/2007 | $0 | Quit Claim Joint |
| ⊟ 2006039896 | 04/28/2006 | $323,000 | Warranty Deed Joint |

Grantor: WILLIAM B DALE
Grantee: ASHLEY M SANDS & JONATHAN P REILLY

| ⊟ 2004052862 | 03/30/2004 | $310,000 | Warranty Deed |

Grantor: ROSE A OGWUMIKE
Grantee: WILLIAM B DALE

| ⊟ 02038908 | 04/19/2002 | $286,500 | Warranty Deed |

Grantor: THE RYLAND GROUP INC          Book: 2314
Grantee: ROSE A OGWUMIKE              Page: 2161

| ⊞ 01000390 | 12/21/2000 | $6,720,300 | Special Warranty Deed |

⊞ Building Details

⊞ Land Details

⊞ Tax Authorities

⊞ Documents

➕ Expand All   ➖ Collapse All

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:
REQUEST FOR JURY TRIAL:
PLAINTIFF RESPECTFULLY REQUEST A
JURY TRIAL. ALL DEFENDANTS
MUST APPEAR FOR A JURY TRIAL. THE
DEMAND/RELIEF DEMANDED IN THE
COMPLAINT IS EXTREMELY HIGH. THE
REASON FOR THE HIGH DEMAND IS
TO COMPEL ALL DEFENDANTS TO
APPEAR FOR PRETRIAL HEARING, AND A
JURY TRIAL, AND PRESENT A VIGAROUS
DEFENSE!!! PLAINTIFF DOES NOT EXPECT
ANY OF THE DEFENDANTS TO BE RES-
PONSIBLE FOR MULTI-MILLION DOLLARS
IN DAMAGES. FAILURE TO DEFEND
THIS CIVIL SUIT WILL RESULT IN
JUDGMENT BY DEFAULT!!!
"NOBODY IS ABOVE THE LAW" QUOTE BY
U. S. ATTORNEYS - SOUTHERN DISTRICT NY!!

1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO:

NOTIFICATION TO THE COURT OF NONE

PACER | ECF ACCESS:

PLAINTIFF IS HEREBY NOTIFYING THE
COURT THAT THE PLAINTIFF—ROSE ADANMA
IDURU HAS NO PACER/ECF ACCESS.
PLAINTIFF WAS GRANTED PACER/ECF
ACCESS IN DALLAS TEXAS BY THE
U.S. DISTRICT COURT FOR THE NORT-
HERN DISTRICT OF TEXAS, DALLAS DIVISION.
PLAINTIFF'S PACER/ECF ACCESS WAS LATER
HYJACKED BY THE KAISER FAMILY
FOUNDATION | KAISER PERMANENTE IN
2015. THESE BEASTS HAVE BEEN USING
PLAINTIFF'S ECF ACCESS TO FILE MOTIONS,
AND CIVIL SUITS ACROSS THE COUNTRY.
THESE BEASTS ALSO HAS COPIES OF THE
PLAINTIFF'S I:Ds/ DRIVER'S LICENSE FOR
THE STATES OF, COLORADO, GEORGIA & TEXAS !!!

I

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COST OF COURT:

FILING FEE; COPIES; SERVICE;
TRAVELS-RELOCATION; LODGINGS;
TRANSPORTATION; CASE PREPARATION;

LIST OF DEFENDANTS:

1. FIRST BANK OF COLORADO, ET. AL; = $24 K;

2. LAND TITLE COMPANY, ET. AL; = $24 K;

3. KAISER PERMANENTE U.S.A, INC, = $242 K;

4. KAISER FAMILY FOUNDATION, ET. AL; = $424 K;

5. KAISER PERMANENTE, ET. AL; = $424 K;

6. MR KIM KAISER OF KFF; = $424 K;

7. MR HENRY J. KAISER OF KFF; = $424 K;

8. MR KERRY KOANEN OF KPGA = $424 K;

9. KAISER FAMILY - CALIFORNIA = $424 K;

10. DR ROBERT "ROB" SCHREINER - KPGA = $474 K;

NAME: ROSE A. DURU; SIGNATURE- Rose Duru

PHONE N/A; EMAIL-N/A; DATE- 10/20/2020;

1

1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

RESPECTFULLY SUBMITTED BY

NAME: ROSE ADANMA DURU.

SIGNATURE: Rose Duru,

ADDRESS: 2323 CURTIS STREET,

DENVER, COLORADO 80205.

PHONE: N/A

EMAIL: N/A

DATE: 10/20/2020 :

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 OCT 20 PM 4: 36

JEFFREY P. COLWELL
CLERK
BY_____DEP CLK

LIST OF DEFENDANTS:

① LAND TITLE COMPANY - SOUTH

PARKER ROAD, AURORA COLORADO;

② LAND TITLE COMPANY - USA

INC. - CORPORATE HEADQUATER:

COMPLAINT | CLAIM:

① FRAUD; CONSPIRACY TO COMMIT

FRAUD; "THEY DID IT FOR US" - KP:

② MORTGAGE FRAUD; CONSPIRACY TO

COMMIT MORTGAGE FRAUD;

③ WIRE FRAUD; CONSPIRACY TO

COMMIT WIRE FRAUD;

④ CRIMINAL CONSPIRACY;

⑤ DEADLY AND CORRUPT AND EVIL

ENTERPRISE; FEDERAL RICO STATUTE;

⑥ RECKLESS ENDANGERMENT;

⑦ ABUSE OF POWER WITH MALICE;

⑧. DEPRAVE INDIFFERENCE;

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COMPLAINT | CLAIM CONT:

⑨ CO-CONSPIRATOR — FIRST BANK OF

COLORADO; GREED; COVER-UP;

⑩ ACCOMPLICE TO ATTEMPTED MURDER;

⑪ ACCESSORY TO ATTEMPTED MURDER —

COLLUSION WITH KAISER PERMANENTE

COLORADO; KAISER PERMANENTE

NORTHERN CALIFORNIA, AND GEORGIA

REGION; KAISER FAMILY FOUNDATION;

⑫ AIDED IN HUMAN TRAFFICKING;

⑬ AIDING AND ENABLING TERRORISTIC

ACTS — "WILL EXPLAIN TO THE COURT";

⑭ ACCOMPLICE TO CONTINUED FORCED

HOMELESSNESS; ACCESSORY TO

CONTINUED FORCED HOMELESSNESS;

⑮ DISCRIMINATION DUE TO NATIONALITY,

AND MONETARY GAIN — "HATE CRIME"!!!

B.

5 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:
DEMAND / RELIEF:
PROPERTY LOCATION - 9776 STONEBRIAR
LANE, PARKER COLORADO 80134.

① DEFENDANTS MUST PROVIDE THE CLOSING
DOCUMENTS FOR THE PURCHASE OF THE
ABOVE NAMED PROPERTY IN 2002;

② DEFENDANTS MUST PROVIDE THE CLOSING
DOCUMENTS FOR THE SALE OF THE ABOVE
NAMED PROPERTY IN 2004;

③ DEFENDANTS MUST PROVIDE THE $$$
AMOUNT OF THE EQUITY (CHECK); ADDRESS
WHERE THE CHECK WAS MAIL TO; AND
THE FINANCIAL INSTITUTION WHERE THE
CHECK WAS CASHED AT IN 2004;

④ AWARD PLAINTIFF $724 MILLION IN
DAMAGES, AGAINST EACH NAMED
DEFENDANT FOR "HATE CRIME"!!!

111

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:
REQUEST FOR JURY TRIAL:
PLAINTIFF RESPECTFULLY REQUEST A
JURY TRIAL. ALL DEFENDANTS
MUST APPEAR FOR A JURY TRIAL. THE
DEMAND RELIEF DEMANDED IN THE
COMPLAINT IS EXTREMELY HIGH. THE
REASON FOR THE HIGH DEMAND IS
TO COMPEL ALL DEFENDANTS TO
APPEAR FOR PRETRIAL HEARING, AND A
JURY TRIAL, AND PRESENT A VIGAROUS
DEFENSE!!!. PLAINTIFF DOES NOT EXPEC
ANY OF THE DEFENDANTS TO BE RES-
PONSIBLE FOR MULTI-MILLION DOLLARS
IN DAMAGES. FAILURE TO DEFEND
THIS CIVIL SUIT WILL RESULT IN
JUDGMENT BY DEFAULT!!!
NOBODY IS ABOVE THE LAW" QUOTE BY
U. S. ATTORNEYS - SOUTHERN DISTRICT NY!!

I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

NOTIFICATION TO THE COURT OF NONE
PACER|ECF ACCESS:

PLAINTIFF IS HEREBY NOTIFYING THE
COURT THAT THE PLAINTIFF-ROSE ADANMA
DURU HAS NO PACER|ECF ACCESS.
PLAINTIFF WAS GRANTED PACER|ECF
ACCESS IN DALLAS TEXAS BY THE
U.S. DISTRICT COURT FOR THE NORT-
HERN DISTRICT OF TEXAS, DALLAS DIVISION.
PLAINTIFF'S PACER|ECF ACCESS WAS LATER
HIJACKED BY THE KAISER FAMILY
FOUNDATION|KAISER PERMANENTE IN
2015. THESE BEASTS HAVE BEEN USING
PLAINTIFF'S ECF ACCESS TO FILE MOTIONS,
AND CIVIL SUITS ACROSS THE COUNTRY.
THESE BEASTS ALSO HAS COPIES OF THE
PLAINTIFF'S I:Ds|DRIVER'S LICENSE FOR
THE STATES OF, COLORADO, GEORGIA & TEXAS!!!

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COST OF COURT:

FILING FEE; COPIES; SERVICE;
TRAVELS-RELOCATION; LODGINGS;
TRANSPORTATION; CASE PREPARATION;

LIST OF DEFENDANTS:

1. FIRST BANK OF COLORADO, ET.AL; =$24K;
2. LAND TITLE COMPANY, ET. AL; =$24K;
3. KAISER PERMANENTE U.S.A, INC., =$242K;
4. KAISER FAMILY FOUNDATION, ET.AL; =$424K;
5. KAISER PERMANENTE, ET. AL;    =$424K;
6. MR KIM KAISER OF KFF;    =$424K;
7. MR HENRY J. KAISER OF KFF;    =$424K;
8. MR KERRY KOANEN OF KPGA  =$424K;
9. KAISER FAMILY-CALIFORNIA = $424K;
10. DR ROBERT "ROB" SCHREINER-KPGA=$474K;

NAME: ROSE A. DURU; SIGNATURE-ROSE DURU;
PHONE- N/A; EMAIL- N/A; DATE- 10/20/2020;

1

1 OF 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

RESPECTFULLY SUBMITTED BY

NAME: ROSE ADANMA DURU.

SIGNATURE: Rose Duru,

ADDRESS: 2323 CURTIS STREET,

DENVER, COLORADO 80205.

PHONE: N/A

EMAIL: N/A

DATE: 10/20/2020 :

UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT
DISTRICT OF COLORADO

FOR THE DISTRICT OF COLORADO

2020 OCT 20 PM 4:35

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

LIST OF DEFENDANTS

1. KAISER PERMANENTE COLORADO;

2. KAISER PERMANENTE NORTHWEST REGION;

3. KAISER FAMILY FOUNDATION, U.S.A INC.

4. KAISER FAMILY FOUNDATION HAWAII;

5. KAISER PERMANENTE GEORGIA;

6. TSPMG - THE SOUTHEAST PERMANENTE MEDICAL GROUP;

7. KAISER FAMILY FOUNDATION GEORGIA

8. KAISER FAMILY FOUNDATION COLORADO;

9. KAISER PERMANENTE MARYLAND;

10. KAISER FAMILY FOUNDATION MARYLAND;

11. KAISER PERMANENTE VIRGINIA;

12. KAISER FAMILY FOUNDATION VIRGINIA;

13. KAISER PERMANENTE CAPITOL HILL - WASHINGTON, D C;

14. KAISER FAMILY FOUNDATION - DISTRICT OF COLUMBIA, WASHINGTON D C;

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO:

## LIST OF DEFENDANTS CONT:

(15) KAISER FAMILY FOUNDATION MID-ATLANTIC REGION;

(16) KAISER PERMANENTE SOUTHERN CALIFORNIA;

(17) KAISER FAMILY FOUNDATION SOUTHERN CALIFORNIA DIVISION;

(18) KAISER PERMANENTE NORTHERN CALIFORNIA;

(19) KAISER FAMILY FOUNDATION NORTHERN CALIFORNIA DIVISION;

(20) MR. HENRY J. KAISER OF KFF;

(21) MR. KIM KAISER OF KFF;

(22) KAISER FAMILY - RICHMOND, CALIFORNIA;

(23) MR. KERRY KOHNEN OF KPGA;

(24) KAISER PERMANENTE U.S.A. INC.;

(25) DR. ROBERT "ROB" SCHREINER - KPGA;

II

C.

3 of 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COMPLAINT | CLAIM: 2004:

① DEADLY ENTERPRISE:

② DEADLY ENCOUNTER;

③ DEADLY PURSUIT; SLANDER;

④ HUMAN TRAFFICKERS;

⑤ CONSPIRACY TO COMMIT FRAUD;

⑥ CRIMINAL CONSPIRACY;

⑦ RECKLACE ENDANGERMENT;

⑧ STALKERS - UNLAWFULL SURVEHANC

⑨ ASSAULT; LIBEL; DEFAMATION;

⑩ ATTEMPTED MURDER - 2004;

⑪ WIRE FRAUD; CONSPIRACY TO

COMMIT WIRE FRAUD; ASSAULT;

DEMAND | RELIEF:

PLAINTIFF ASKS THE COURT TO AWARD

THE PLAINTIFF $724 MILLION IN

DAMAGES FOR "IDENTITY THEFT."

III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:
REQUEST FOR JURY TRIAL:
PLAINTIFF RESPECTFULLY REQUEST A
JURY TRIAL. ALL DEFENDANTS
MUST APPEAR FOR A JURY TRIAL. THE
DEMAND/RELIEF DEMANDED IN THE
COMPLAINT IS EXTREMELY HIGH. THE
REASON FOR THE HIGH DEMAND IS
TO COMPEL ALL DEFENDANTS TO
APPEAR FOR PRETRIAL HEARING, AND A
JURY TRIAL, AND PRESENT A VIGAROUS
DEFENSE!!!: PLAINTIFF DOES NOT EXPECT
ANY OF THE DEFENDANTS TO BE RES-
PONSIBLE FOR MULTI-MILLION DOLLARS
IN DAMAGES. FAILURE TO DEFEND
THIS CIVIL SUIT WILL RESULT IN
JUDGMENT BY DEFAULT!!!
"NOBODY IS ABOVE THE LAW" QUOTE BY
U.S. ATTORNEYS - SOUTHERN DISTRICT NY!!

I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

NOTIFICATION TO THE COURT OF NONE
PACER|ECF ACCESS:

PLAINTIFF IS HEREBY NOTIFYING THE
COURT THAT THE PLAINTIFF-ROSE ADANMA
DURU HAS NO PACER|ECF ACCESS.
PLAINTIFF WAS GRANTED PACER|ECF
ACCESS IN DALLAS TEXAS BY THE
U.S. DISTRICT COURT FOR THE NORT-
HERN DISTRICT OF TEXAS, DALLAS DIVISION.
PLAINTIFF'S PACER|ECF ACCESS WAS LATER
HIJACKED BY THE KAISER FAMILY
FOUNDATION|KAISER PERMANENTE IN
2015. THESE BEASTS HAVE BEEN USING
PLAINTIFF'S ECF ACCESS TO FILE MOTIONS,
AND CIVIL SUITS ACROSS THE COUNTRY.
THESE BEASTS ALSO HAS COPIES OF THE
PLAINTIFF'S ID's/DRIVER'S LICENSE FOR
THE STATES OF, COLORADO, GEORGIA & TEXAS!!!

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

COST OF COURT:

FILING FEE; COPIES; SERVICE;
TRAVELS-RELOCATION; LODGINGS;
TRANSPORTATION; CASE PREPARATION;

LIST OF DEFENDANTS:

1. FIRST BANK OF COLORADO, ET. AL; = $24 K;
2. LAND TITLE COMPANY, ET. AL; = $24 K;
3. KAISER PERMANENTE U.S.A, INC., = $242 K;
4. KAISER FAMILY FOUNDATION, ET. AL; = $424 K;
5. KAISER PERMANENTE, ET. AL;      = $424 K;
6. MR KIM KAISER OF KFF;           = $424 K;
7. MR HENRY J. KAISER OF KFF;      = $424 K;
8. MR KERRY KOHNEN OF KPGA         = $424 K;
9. KAISER FAMILY-CALIFORNIA        = $424 K;
10. DR ROBERT "ROB" SCHREINER-KPGA = $474 K;

NAME: ROSE A. DURU; SIGNATURE-ROSE DURU;
PHONE- N/A; EMAIL-N/A; DATE- 10/20/2020;

1

1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO:

RESPECTFULLY SUBMITTED BY

NAME: ROSE ADANMA DURU.

SIGNATURE: Rose Duru,

ADDRESS: 2323 CURTIS STREET,

DENVER, COLORADO 80205.

PHONE:   N/A

EMAIL:   N/A

DATE: 10/20/2020